THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD T. MINOR, Appellant, v. HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order confirming determination of the board of standards and appeals and dismissing certiorari proceeding unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ANNETTE ROSEN, by Her Guardian ad Litem, DAVID ROSEN, Appellant, Respondent, v. DAVID GOLDSTEIN and Others, Respondents, Appellants.— Orders denying motions to dismiss the second cause of action on the ground of insufficiency and granting motions to strike out said cause of action on the ground of improper joinder modified by striking therefrom the provision for service of amended complaints, and as so modified affirmed, with ten dollars costs and disbursements to plaintiff, with leave to defendants to answer within ten days from service of a copy of the order herein. The orders appealed from substantially severed the tort from the equity action. Severance of the actions under section 96 of the Civil Practice Act made it unnecessary to serve a second summons or amended complaints. The parties to the tort action may proceed to trial under the first cause of action. If plaintiff is successful therein, the parties to the equity action may proceed to trial upon the second cause of action. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

MEYER ROSENBERG, an Infant, by FREDA ROSENBERG, His Guardian ad Litem, Respondent, v. LOUIS SCHWARTZ, Appellant, and Others, Defendants.— Judgment and order reversed on the law and the facts and a new trial granted, costs to appellant to abide the event. There is no testimony in the record that the brick that caused plaintiff's injuries fell upon him because of any defect in the scaffold. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

MICHAEL ROWLEY and ISABELLA ROWLEY, as Administrators of MICHAEL ROWLEY, Deceased, Respondents, v. BROOKLYN FURNITURE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

LOUIS RUBIN, Respondent, v. EQUITABLE CASUALTY AND SURETY COMPANY, Appellant.— Order of Appellate Term affirming order and judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

NATHAN SPECTOR, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.